Elizabeth L. Deeley (SBN 230790)
elizabeth.deeley@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Gregg F. LoCascio, P.C. (admitted *pro hac vice*)
glocascio@kirkland.com
Jonathan D. Brightbill (admitted *pro hac vice*)
jbrightbill@kirkland.com
Dennis J. Abdelnour (admitted *pro hac vice*)
dabelnour@kirkland.com
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

*Attorneys for Defendant*
*ZONEPERFECT NUTRITION COMPANY*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| KIMBERLY S. SETHAVANISH, | CASE NO. 12-CV-02907-SC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR THE FILING OF AN AMENDED ANSWER** |
| vs. | |
| ZONEPERFECT NUTRITION COMPANY, | |
| Defendant. | |

WHEREAS, on January 24, 2013, the Defendant submitted an Answer to the Plaintiff's Complaint in this case (Dkt. No. 45);

WHEREAS, on February 14, 2013, the Plaintiff moved to strike certain of the affirmative defenses included in the Defendant's Answer (Dkt. No. 52); and

WHEREAS, instead of briefing and a possible hearing on the pending motion, without

waiver of its rights, Defendant is willing to submit an Amended Answer pleading additional matter in conjunction with its affirmative defenses; and

WHEREAS, the Parties agree that this might more effectively and efficiently resolve the Plaintiff's concerns or at least narrow the issues that require Court intervention and therefore would better conserve the limited judicial resources of the Court.

IT IS HEREBY STIPULATED AND AGREED that, in accordance with Fed. R. Civ. P. 15(a)(2), the Defendant shall have until March 11, 2013 to file an Amended Answer to Plaintiff's Complaint.  Plaintiff shall reserve the right until April 5, 2013 to file a Motion to Strike Defendant's Amended Answer and Affirmative Defenses if Plaintiff deems necessary or appropriate to do so. Defendant further reserves the right to oppose Plaintiff's motion to strike, if one is filed, on any and all grounds currently available.

IT IS SO STIPULATED.

KIRKLAND & ELLIS LLP

DATED:  February 22, 2013        By: */s/ Jonathan D. Brightbill*

> Jonathan D. Brightbill[1] (admitted *pro hac vice*)
> Gregg F. LoCascio, P.C. (admitted *pro hac vice*)
> Elizabeth L. Deeley
> Dennis J. Abdelnour (admitted *pro hac vice*)
>
> *Attorneys for Defendant*
> *ZONEPERFECT NUTRITION COMPANY*

---

[1] I, Jonathan D. Brightbill, am the ECF user whose ID and password are being used to file this Stipulation to Extend the Deadline for Defendant to File and Answer. In compliance with Civil L.R. 5.1(i)(3), I hereby attest that the following attorney has concurred in this filing: Joseph N. Kravec, Jr. Attorney for Plaintiff Kimberly S. Sethavanish.

1 | STEMBER FEINSTEIN DOYLE PAYNE & KRAVEC, LLC

2

3 | DATED: February 22, 2013          By: */s/ Joseph N. Kravec, Jr.*

4 | Joseph N. Kravec, Jr. (admitted *pro hac vice*)

5 | *Attorney for Plaintiff*
    KIMBERLY S. SETHAVANISH

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: February 25, 2013          _____

The Honorable Samuel Conti