IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KIMBERLY S. SETHAVANISH, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZONEPERFECT NUTRITION COMPANY, a Delaware corporation,<br><br>Defendant. | CASE NO.: 3:12-CV-02907 SC<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR CLASS CERTIFICATION AND CERTAIN EXHIBITS THERETO**<br><br>Date:   November 8, 2013<br>Time:   10:00 a.m.<br>Location: Courtroom 1, 17th Floor |

After reviewing the papers submitted, and considering the arguments of counsel, and good cause appearing therefore, IT IS HEREBY ORDERED as follows:

1. Plaintiff's Administrative Motion to File Under Seal Excerpts of Plaintiff's Memorandum in Support of Motion for Class Certification and Certain Exhibits Thereto is GRANTED.

2. Exhibits 3 – 4, 9 – 13, 16 – 18, 20 – 21 and 24 – 26 to the Declaration of Joseph N. Kravec, Jr. in Support of Plaintiff's Motion for Class Certification contain documents or testimony ZonePerfect designated "CONFIDENTIAL" under the terms of the Protective Order entered in this action (Dkt. No. 49) and shall therefore remain under seal in this matter pursuant to Civil L.R. 7-11 and 79-5 and General Order 62.

3. The portions of Plaintiff's Memorandum in Support of Motion for Class Certification that contain or refer to documents and/or testimony ZonePerfect designated "CONFIDENTIAL" under the terms of the Protective Order entered in this action (Dkt. No. 49) and should therefore remain under seal are as follows:

   a. Page 2 lines 18-19;
   b. Page 4 lines 17-18;
   c. Page 5, lines 1, 14-19, 23-24 within footnote 6, and 25, 27-28 within footnote 7;
   d. Page 6, lines 10-11, 13-15, 23-24 and 26;
   e. Page 7, lines 1-5, 24-25;
   f. Page 8, lines 1-3; 9-18
   g. Page 10, lines 16-17;
   h. Page 11, lines 25-28;
   i. Page 12, lines 1-3 and 11-14; and
   j. Page 14, lines 1-4.

4. The portions of Exhibit 1 to the Declaration of Joseph N. Kravec, Jr. in Support of Plaintiff's Memorandum in Support of Motion for Class Certification that contain documents ZonePerfect designated "CONFIDENTIAL" under the terms of the Protective Order entered in this

1

Case No. CV 12-2907 SC     [PROPOSED] ORDER Granting Plaintiff's Administrative Motion to File Under Seal Portions of Plaintiff's Memorandum in Support of Motion for Class Certification and Certain Exhibits Thereto

1   action (Dkt. No. 49) and should therefore remain under seal are Pages 2 - 3, 8 - 10, 12 - 15, 18 - 19, and
2   22 - 29.
3   **IT IS SO ORDERED:**

5   DATED: ___July 23_____, 2013      _____
                                              The Honorable Samuel Conti
6                                             Senior U.S. District Judge

2
Case No. CV 12-2907 SC                [PROPOSED] ORDER Granting Plaintiff's Administrative Motion to
                                      File Under Seal Excerpts of Plaintiff's Memorandum in Support of
                                      Motion for Class Certification and Certain Exhibits Thereto