1
2                    IN THE UNITED STATES DISTRICT COURT
3                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
4                              SAN FRANCISCO DIVISION
5

6   **KIMBERLY S. SETHAVANISH, on behalf**            CASE NO.: 3:12-CV-02907 SC
    **of herself and all others similarly situated,**
7                                                    **CLASS ACTION**

8                        **Plaintiff,**               **ORDER GRANTING  PLAINTIFF'S**
                                                     **ADMINISTRATIVE MOTION TO FILE**
9           v.                                       **EXPERT REPORT OF GARY L. FRENCH,**
                                                     **PH.D UNDER SEAL**
10  **ZONEPERFECT NUTRITION COMPANY,**
    **a Delaware corporation,**                      Date:     January 24, 2014
11                                                   Time:     10:00 a.m.
                                                     Location: Courtroom 1, 17th Floor
12                       **Defendant.**

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. CV 12-2907 SC        ORDER Granting Plaintiff's Administrative Motion to File Expert
                                    Report of Gary L. French, Ph.D. Under Seal

After reviewing the papers submitted, and considering the arguments of counsel, and good cause appearing therefore, IT IS HEREBY ORDERED as follows:

1. Plaintiff's Administrative Motion to File Expert Report of Gary L. French, Ph.D. Under Seal is GRANTED.

2. Exhibit 2 to the Declaration of Wyatt A. Lison in Support of Plaintiff's Motion for Class Certification is designated "CONFIDENTIAL" by Plaintiff under the terms of the Protective Order entered in this action (Dkt. No. 49) and shall therefore remain under seal in this matter pursuant to Civil L.R. 7-11 and 79-5 and General Order 62.

**IT IS SO ORDERED:**

DATED: August 21, 2013                    _____
                                          The Honorable Samuel Conti
                                          Senior U.S. District Judge

1

Case No. CV 12-2907 SC                    ORDER Granting Plaintiff's Administrative Motion to File Expert
                                          Report of Gary L. French, Ph.D. Under Seal