1
2  IN THE UNITED STATES DISTRICT COURT
3  FOR THE NORTHERN DISTRICT OF CALIFORNIA
4  SAN FRANCISCO DIVISION
5

6  KIMBERLY S. SETHAVANISH, on behalf of herself and all others similarly situated,   CASE NO.: 3:12-CV-02907 SC
7  
   **CLASS ACTION**
8  Plaintiff,   **ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE EXPERT REPORT OF GARY L. FRENCH, PH.D UNDER SEAL**
9  v.
10 ZONEPERFECT NUTRITION COMPANY, a Delaware corporation,   Date: January 24, 2014
11                                                           Time: 10:00 a.m.
                                                             Location: Courtroom 1, 17th Floor
12 Defendant.
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. CV 12-2907 SC    ORDER Granting Plaintiff's Administrative Motion to File Expert Report of Gary L. French, Ph.D. Under Seal

1  After reviewing the papers submitted, and considering the arguments of counsel, and good cause appearing therefore, IT IS HEREBY ORDERED as follows:

1. Plaintiff's Administrative Motion to File Expert Report of Gary L. French, Ph.D. Under Seal is GRANTED.

2. Exhibit 2 to the Declaration of Wyatt A. Lison in Support of Plaintiff's Motion for Class Certification is designated "CONFIDENTIAL" by Plaintiff under the terms of the Protective Order entered in this action (Dkt. No. 49) and shall therefore remain under seal in this matter pursuant to Civil L.R. 7-11 and 79-5 and General Order 62.

**IT IS SO ORDERED:**

DATED: August 21, 2013 _____
The Honorable Samuel Conti
Senior U.S. District Judge