IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KIMBERLY S. SETHAVANISH, on behalf of herself and all others similarly situated,<br><br>  Plaintiff,<br>  v.<br>ZONEPERFECT NUTRITION COMPANY, a Delaware corporation,<br><br>  Defendant. | CASE NO.: 3:12-CV-02907 SC<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR CLASS CERTIFICATION AND EXHIBITS 2 AND 3 THERETO**<br><br>Date:  January 24, 2014<br>Time:  10:00 a.m.<br>Location: Courtroom 1, 17th Floor |

After reviewing the papers submitted, and considering the arguments of counsel, and good cause appearing therefore, IT IS HEREBY ORDERED as follows:

Exhibits 2, 3 and 5 to Plaintiff's Reply Memorandum in Support of Motion for Class Certification contain or refer to documents or information designated "CONFIDENTIAL" under the terms of the Protective Order entered in this action (Dkt. No. 40) and should therefore remain under seal.

**IT IS SO ORDERED:**

DATED:  __December 17__, 2013   _____
The Honorable Samuel Conti

Case No. CV 12-2907 SC                                              [Proposed] Order