Janet Lindner Spielberg (SBN 221926)
**LAW OFFICES OF JANET
   LINDNER SPIELBERG**
12400 Wilshire Boulevard, #400
Los Angeles, California 90025
Tel: (310) 392-8801
Fax: (310) 278-5938
Email: jlspielberg@jlslp.com

Michael D. Braun (SBN 167416)
**BRAUN LAW GROUP, P.C.**
10680 West Pico Boulevard, Suite 280
Los Angeles, California 90064
Tel: (310) 836-6000
Fax: (310) 836-6010
Email: service@braunlawgroup.com

Joseph N. Kravec, Jr. (admitted *pro hac vice*)
Wyatt A. Lison (admitted *pro hac vice*)
**FEINSTEIN DOYLE PAYNE
   & KRAVEC, LLC**
Allegheny Building, 17th Floor
429 Forbes Avenue
Pittsburgh, Pennsylvania 15219
Tel: (412) 281-8400
Fax: (412) 281-1007
Email: jkravec@fdpklaw.com
          wlison@fdpklaw.com

*ATTORNEYS FOR PLAINTIFF*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **KIMBERLY S. SETHAVANISH, on behalf of herself and all others similarly situated,**<br><br>**Plaintiff,**<br><br>    v.<br><br>**ZONEPERFECT NUTRITION COMPANY, a Delaware corporation,**<br><br>**Defendant.** | **CASE NO.: 3:12-CV-02907**<br><br><u>**CLASS ACTION**</u><br><br>**STIPULATION AND NOTICE OF DISMISSAL** |

1    Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), plaintiffs Kimberly S. Sethavanish *(a/k/a*

2  *Kimberly S. Colucci)* and James Colucci, and defendant ZonePerfect Nutrition Company,

3  representing all parties that appeared in this action, hereby stipulate to dismissal of this action with

4  prejudice.[1]

5

6

7  Dated:  April 10, 2014          **LAW OFFICES OF JANET LINDNER SPIELBERG**

8                                  By:  /s/Janet Lindner Spielberg

9                                  Janet Lindner Spielberg, Co-Lead Attorney for
10                                 PLAINTIFFS

11 Dated:  April 10, 2014          **BRAUN LAW GROUP, P.C.**

12                                 By:  /s/Michael D. Braun

13                                 Michael D. Braun, Co-Lead Attorney for
14                                 PLAINTIFFS

15 Dated:  April 10, 2014          **FEINSTEIN DOYLE PAYNE & KRAVEC, LLC**

16                                 By:  /s/Joseph N. Kravec, Jr.

17                                 Joseph N. Kravec, Jr., Co-Lead Attorney for
18 Dated:  April 10, 2014          PLAINTIFFS

19                                 **KIRKLAND & ELLIS LLP**

20                                 By:  /s/Jonathan D. Brightbill

21                                 Jonathan D. Brightbill, Attorney for DEFENDANT

22

23 **IT IS SO ORDERED:**

24

25 **Samuel Conti**
   **U.S. District Judge**

26  Nunc Pro Tunc 04/14/2014

27

28 [1]   The dismissal is effective upon filing.  *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *GarbeI' v.Chicago
   Merchantile Exch.,* 570 F.3d 1361, 1366 (Fed. Cir. 2009); *McCall-Bey v. Franzen,* 777 F.2d 1178,
   1185 (7th Cir. 1985).

---

STIPULATION AND NOTICE OF DISMISSAL; Case No.: 3:12-cv-02907